UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | |
|---|---|
| SHERRI COLLINS | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:18-cv-839-CHB |
| | ) |
| UNUM, THE BENEFITS CENTER | ) |
| | ) |
| DEFENDANT | ) |

## NOTICE OF REMOVAL

Defendant, Unum Life Insurance Company of America ("Unum Life"), improperly identified as "Unum, The Benefits Center" in the caption of the Complaint, removes this action to the United States District Court for the Western District of Kentucky. The grounds for removal are as follows:

1. On October 31, 2018, the Complaint in Civil Action No. 18-CI-06333 was filed in Jefferson Circuit Court, Division Five (5), in Louisville, Kentucky, by Plaintiff against Unum Life. According to the online records of the Kentucky Secretary of State, the Summons and Complaint were mailed by the Secretary of State to Unum Life in Columbia, SC, via certified mail, on November 15, 2018.[1] According to the online records of the Secretary of State and the Jefferson Circuit Court Clerk,[2] the Summons and Complaint were received by Unum Life on

---

[1] *See* Exhibit A hereto.

[2] *See* Exhibit B hereto.

November 19, 2018.[3]  Copies of the Summons and Complaint are appended as <u>Exhibit D</u> hereto and constitute all process, pleadings and orders received by Unum Life to date in this action.

2. The action is of a civil nature, involving a claim for benefits pursuant to an employee welfare benefit plan, specifically a long term disability plan established by Plaintiff's employer or former employer, Emerson Electric Company, funded by a group insurance policy issued by Unum Life [*see* Complaint ¶¶3-5, 7, 19-20]. Plaintiff alleges she is entitled to disability benefits under the plan [*Id.*].

3. This Court has original federal question jurisdiction over the action pursuant to 28 U.S.C. §1331 inasmuch as the Complaint asserts a claim for benefits under an employee benefit plan established under and governed by the Employee Retirement Income Security Act, 29 U.S.C. §1001 *et seq.* ("ERISA") [Complaint, ¶¶3, 19-21].

4. ERISA preempts state law causes of action and provides the exclusive federal remedies for the resolution of claim for benefits by employee benefit plan participants and beneficiaries. *See* ERISA §502(a)(1)(B), 29 U.S.C. §1132(a)(1)(B); *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987).

5. Section 502(3) of ERISA, 29 U.S.C. §1132(e), confers original jurisdiction upon the district courts of the United States over claims initiated by participants or beneficiaries to recover benefits due or to enforce rights under employee benefit plans subject to ERISA.

6. Thus, Plaintiff's Complaint is an action of a civil nature founded upon a claim of right arising under the laws of the United States over which the district court of the United States is given original jurisdiction pursuant to 28 U.S.C. §1331 and is therefore removable to this

---

[3] *However*, USPS tracking information available via the Secretary of State's website [<u>Exhibit C</u> hereto] shows that the referenced delivery on November 19, 2018 was made to a postal facility in Pittsburgh, PA, rather than to Unum Life in Columbia, SC.  While Unum Life does not believe it ever received such documents from the Kentucky Secretary of State, its counsel has now obtained the Summons and Complaint from Plaintiff's counsel, and Unum Life is not disputing service of process.

Court pursuant to the provisions of 28 U.S.C. §§1441(a) and (b).  *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987).  Such a claim would be properly removable even if the defense of ERISA preemption did not appear on the face of the Complaint.

7.  Unum Life has filed no pleadings in state court, and this Notice of Removal is filed within thirty (30) days after service of the Complaint and Summons in this action.

WHEREFORE, Defendant, Unum Life Insurance Company of America, hereby gives notice of this removal from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky.

Respectfully submitted,

/s/ *Michelle Turner*
Michelle Turner
Attorney for Defendant, Unum Life Insurance Company of America
TURNER, KEAL & BUTTON PLLC
10624 Meeting St. #101
Prospect, KY 40059
Phone: 502.426.5110
Fax: 502.426.5119
E-mail: mturner@turnerkeal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Robert Florio    raf913@gmail.com

                              /s/ *Michelle Turner*
                              Michelle Turner
                              Attorney for Defendant, Unum Life
                              Insurance Company of America
                              TURNER, KEAL & BUTTON PLLC
                              10624 Meeting St. #101
                              Prospect, KY  40059
                              Phone:  502.426.5110
                              Fax:  502.426.5119
                              E-mail:  mturner@turnerkeal.com