

**18-CI-006333**

*COLLINS, SHERRI VS. UNUM THE BENEFITS CENTER,*

**JEFFERSON CIRCUIT COURT**
Filed on **11/01/2018** as **OTHER** with **HON. MARY SHAW**
**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Parties | 18-CI-006333 |
|---|---|

**COLLINS, SHERRI** as **PLAINTIFF / PETITIONER**

**UNUM THE BENEFITS CENTER,** as **DEFENDANT / RESPONDENT**

**Address**

PO BOX 100158
COLUMBIA SC 29202 3158

**Summons**

**CIVIL SUMMONS** issued on **11/01/2018** served on **11/19/2018** by way of **LONG ARM STATUTE - SOS**
*EX. SOS 11-9-18*

**FLORIO, ROBERT A,** as **ATTORNEY FOR PLAINTIFF**

**Address**

1500 STORY AVENUE
LOUISVILLE KY 40206

| Documents | 18-CI-006333 |
|---|---|

**COMPLAINT / PETITION** filed on **11/01/2018**

| Images | 18-CI-006333 |
|---|---|

There are no images found for this case.

**\*\*\*\* End of Case Number : 18-CI-006333 \*\*\*\***