UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SHERRI COLLINS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:18-CV-839-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL WITH** |
| UNUM, ) | **PREJUDICE** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Agreed Order Dismissing Settled [R. 15] of each of plaintiff's claims against all parties in this matter, signed by all parties who have appeared. The Court construes this Agreed Order Dismissing Settled to be a Stipulation of Dismissal by the plaintiff pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to the defendant, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

April 29, 2019

*Claria Horn Boom*

Claria Boom, District Judge
United States District Court

cc:   Counsel of Record